[Nos. 21126-2-II; 21127-1-II; Division Two. January 16, 1998.]
21128-9-II; 21129-7-II; 21130-1-II; 21131-9-II.

THE STATE OF WASHINGTON, *Respondent*, v.
CHRISTOPHER NEIL NORDQUIST, *Appellant*.

Appeals from judgments of the Superior Court for
Cowlitz County, Nos. 86-1-00171-6; 87-1-00379-2; 88-1-
00352-9; 90-1-00396-2; 92-1-00254-7; 88-1-00373-1, James
E.F.X. Warme, J., entered August 13, 1996. *Affirmed in
part* and *remanded* by unpublished opinion per Houghton,
C.J., concurred in by Morgan and Hunt, JJ.

[No. 21283-8-II. Division Two. January 16, 1998.]

JAMES A. CENCI, ET AL., *Petitioners*, v. MARVIN LEE
TIMM, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 96-2-08996-1, Fred Fleming, J., entered
October 1, 1996. *Affirmed* by unpublished opinion per
Morgan, J., concurred in by Seinfeld and Armstrong, JJ.

[No. 21570-5-II. Division Two. January 16, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. RAMON J.
GARCIA, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis
County, No. 96-1-00395-1, David R. Draper, J., entered
January 17, 1997. *Affirmed* by unpublished opinion per
Morgan, J., concurred in by Seinfeld and Armstrong, JJ.

[No. 34485-4-I. Division One. January 26, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW
PAUL LINTZ, *Appellant*.

Appeal from a judgment of the Superior Court for What-
com County, No. 93-1-00735-6, David A. Nichols, J.,
entered March 31, 1994. *Reversed* by unpublished per
curiam opinion.